UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALTICOR INC., a Michigan corporation, ) <br> AMWAY CORPORATION, a Delaware ) <br> corporation, and QUIXTAR INC., a Virginia ) <br> corporation, ) <br> ) <br> Defendants. ) | Case No. 07-CV-1057 <br><br> Judge: Suzanne B. Conlon <br> Magistrate Judge: Arlander Keys |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

Plaintiff, NCR Corporation ("NCR"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice of its claims against defendants Alticor Inc. ("Alticor") and Amway Corporation ("Amway").


Dated:  April 11, 2007

BRIAN D. ROCHE (BAR No.: 06183795)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
TEL: (312) 207-6490
FAX: (312) 207-6400
broche@reedsmith.com


/s/ Brian D. Roche
BRIAN D. ROCHE
Attorney for Plaintiff
NCR CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed **NCR Corporation's Notice of Dismissal Pursuant to Rule 41(a)** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

James R. Sobieraj
Brinks, Hofer, Gilson & Lione
Email: jsobieraj@usebrinks.com

Jason C. White
Brinks, Hofer, Gilson & Lione
Email: jwhite@usebrinks.com

By: /s/ Brian D. Roche
BRIAN D. ROCHE (BAR NO.: 06183795)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Tel: (312) 207-6490
Fax: (312) 207-6400
broche@reedsmith.com

Attorney for Plaintiff
NCR CORPORATION