

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

May 17, 2007

U.S.Western District Court

399 Gerald R. Ford Federal Bldg

110 Michigan Street, N.W.

Grand Rapids, MI 49503

RE: NCR Corporation v. Alticor Inc. et al
Case No: 07cv 1057

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on 3/22/2007 by the Honorable Judge Suzanne B. Conlon. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: J. Patterson
Deputy Clerk

Enclosures
New Case No. _____     Date _____